HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CESAR CEJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-cr-00013-KES |
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |
| vs. | |
| CESAR CEJA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joshua Banister, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Cesar Ceja, that the Court may modify the briefing schedule for Mr. Ceja's appeal of a magistrate judge decision.

Pursuant to this Court's order dated February 3, 2025, the parties have conferred and request that the Court order the following expedited briefing schedule: appellant's brief due February 12, 2026; appellee's brief due February 19, 2026; appellant's reply brief due February 20, 2026; and oral argument on March 3, 2026.

//

//

//

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: February 5, 2026            /s/ Joshua Banister
                                  JOSHUA BANISTER
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: February 5, 2026            /s/ Laura Myers
                                  LAURA MYERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  CESAR CEJA

# **O R D E R**

**IT IS SO ORDERED.**  Appellant's brief is due February 12, 2026; Appellee's brief is due February 19, 2026; and Appellant's reply brief is due February 20, 2026.  Oral argument is set for **March 2, 2026, at 10:30 a.m.**

IT IS SO ORDERED.

Dated:     February 5, 2026

_____
UNITED STATES DISTRICT JUDGE

Bratton – Stipulation to Modify Briefing Schedule; Order          2