# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Appellee-Plaintiff,<br><br>   v.<br><br>CESAR CEJA,<br><br>        Appellant-Defendant. | Case No. 1:26-cr-0013 KES<br>(Mag. No. 1:17-mj-00174-SAB)<br><br>**ORDER AFFIRMING THE JUDGMENT**<br><br>Docs. 59, 69 |

Cesar Ceja appeals from the magistrate judge's sentence in this misdemeanor case. Doc. 58, 59.  The appeal was briefed by the parties.  Docs. 69–71.  The court heard argument on March 2, 2026; Laura Myers appeared on behalf of Ceja, and Chan Hee Chu appeared on behalf of the government.  For the reasons set forth orally on the record, the judgment of the magistrate judge is **AFFIRMED**.

IT IS SO ORDERED.

Dated:   March 2, 2026

_____
UNITED STATES DISTRICT JUDGE

1